UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENADO WYNCELER JAMES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-2753 |
| LVNV FUNDING LLC, | § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT PURSUANT TO L.R. 16.3

PLEASE TAKE NOTICE THAT the Parties have entered into a settlement agreement that may obviate court settings, include the Initial Conference set for October 21, 2020, at 1:30 p.m. The settlement terms have not been completed, but the undersigned expects them to be very soon. However, the Parties do not expect to have fulfilled their settlement terms by October 21, 2020. The Parties intend to file a stipulation of dismissal as soon as all settlement terms are completed.

Respectfully submitted,

Date:  October 16, 2020

Brian L. Ponder, Esq.
Attorney-in-Charge
New York Bar #: 5102751
Southern District of Texas Bar #: 2489894
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon Defendant via CM/ECF.

Respectfully submitted,

Date: <u>October 16, 2020</u>

<u>/s/ Brian L. Ponder                    </u>
Brian L. Ponder, Esq.