United States District Court
Southern District of Texas
**ENTERED**
October 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENADO WYNCELER JAMES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-2753 |
| | § | |
| LVNV FUNDING LLC, | § | |
| Defendant. | § | |

# **CONDITIONAL ORDER OF DISMISSAL**

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. *See* Notice of Settlement [Doc. # 16]. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims if any party represents to the Court on or before **December 16, 2020,** that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 16th day of **October, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE